UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK _____ X

                                             ECF Case

BRIAN AYLMER,

                   Plaintiff,               **STIPULATION FOR**
                                           **DISMISSAL WITH**
   v.                                  **PREJUDICE**

PATROL PRODUCTS CONSORTIUM LLC and
EDWARD PEZZELLI, JR., individually;           Civ. Case No.:
                                       1:13-cv-631 (FJS/RFT)

               Defendants.

_____ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that pursuant to Rule 41(a), Fed. R. Civ. P., all claims raised in this action are dismissed with prejudice, including all claims in the Complaint.

Dated: September 17, 2013           Dated: September 17, 2013

    HUMPHREY LAW, LLC          WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                By: _____
                                    Peter A. Lauricella, Esq.
By: _____     *Attorneys for Defendants Patrol Products*
    Christopher C. Humphrey, Esq.      *Consortium LLC ("PPC") and Edward*
    *Attorney for Plaintiff Brian Aylmer*    *Pezzelli, Jr.*
    53 Spring Street, Suite 202         677 Broadway – 9th Floor
    Saratoga Springs, New York 12866    Albany, New York 12207
    (908) 472-8999                 (518) 449-8893
    chris@chumphreylaw.com         eter.lauricella@wilsonelser.com

SO ORDERED:

_____
Hon. Frederick J. Scullin , Senior U.S. District Judge

Dated: ___September 18__ , 2013

1004778.1